Filed:  July 29, 2008

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

No. 07-1546
(3:05-cv-03477-JRM)

THURMOND B. BOWERS,

Plaintiff - Appellant,

versus

MICHAEL J. ASTRUE, Commissioner of Social
Security,

Defendant - Appellee.

O R D E R

The court amends its opinion filed June 20, 2008, as follows:

On the cover sheet, attorney information section -- the name of Carolyn Cooper, Special Assistant United States Attorney, is added as counsel for Appellee.

For the Court - By Direction

   /s/ Patricia S. Connor
Clerk

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 07-1546

_____

THURMOND B. BOWERS,

Plaintiff - Appellant,

versus

MICHAEL  J.  ASTRUE,  Commissioner  of  Social
Security,

Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Joseph R. McCrorey, Magistrate Judge.
(3:05-cv-03477-JRM)

_____

Submitted:  February 12, 2008          Decided:  June 20, 2008

_____

Before MICHAEL, KING, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Robertson H. Wendt, Jr., LAW OFFICES OF ROBERTSON WENDT, North
Charleston, South Carolina, for Appellant. Deana R. Ertl-Lombardi,
Regional Chief Counsel, Yvette G. Keesee, Deputy Regional Chief
Counsel, Thomas S. Inman, Assistant Regional Counsel, Carolyn
Cooper, Special Assistant United States Attorney, Denver, Colorado,
for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thurmond B. Bowers appeals the magistrate judge's order upholding the denial of his application for disability insurance benefits.[*]  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the magistrate judge.  <u>See</u> <u>Bowers v. Astrue</u>, No. 3:05-cv-03477-JRM (D.S.C. Mar. 7, 2007).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*]The parties consented to referral to a magistrate judge for final disposition under 28 U.S.C. § 636(c) (2000).